```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CLIFFORD McCLOSKEY and FRANCES McCLOSKEY | : : | CIVIL ACTION |
| v. | : : | |
| VALLEY PAIN CENTER, LLC et al. | : : | NO. 07-5116 |

| | | |
|---|---|---|
| CLIFFORD McCLOSKEY and FRANCES McCLOSKEY | : : | CIVIL ACTION |
| | : | |
| VALLEY PAIN CENTER, LLC et al. | : : | NO. 07-5287 |

ORDER

AND NOW, this 19th day of April, 2010, upon consideration of the Motion for Summary Judgment of Defendant Valley Pain Center, LLC (Docket No. 79), and the responses (Docket Nos. 120 & 122) and replies (Docket Nos. 124 & 127) thereto, and the Motion for Summary Judgment of Defendants Crozer Chester Medical Center and Crozer Keystone Health System (Docket No. 81) and the responses (Docket Nos. 117 & 119) and reply (Docket No. 139) thereto, and after oral argument held April 15, 2010, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that:

     1.   The Motion for Summary Judgment of Defendant Valley Pain Center, LLC (Docket No. 79) is GRANTED and judgment is entered in favor of Valley Pain Center, LLC, and against plaintiffs Clifford and Frances McCloskey on all claims.

2. The Motion for Summary Judgment of Defendants Crozer Chester Medical Center and Crozer Keystone Health System (Docket No. 81) is GRANTED and judgment is entered in favor of Crozer Chester Medical Center and Crozer Keystone Health System and against plaintiffs Clifford and Frances McCloskey on all claims.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.